UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

     v.

NOELAN DUDLEY,

       Defendant.

CIVIL ACTION

NO. 1:10-CR-075-1-CAP-RGV

**O R D E R**

This matter is currently before the court on the February 3, 2011, Final Report and Recommendation of the Magistrate Judge ("the R&R") [Doc. No. 52]. After carefully considering the R&R and the objections thereto [Doc. No. 55], the court receives the R&R [Doc. No. 52] with approval and ADOPTS it as the opinion and order of this court.

SO ORDERED, this 24th day of   March  , 2011.

/s/Charles A. Pannell, Jr.
CHARLES A. PANNELL, JR.
United States District Judge